[No. 44971-4-II.   Division Two.   December 30, 2014.]

TIMOTHY INGRAM ET AL., *Appellants*, v. AMERICAN CONTRACTOR INDEMNITY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-2-02293-5, Steven B. Dixon, J., entered May 10, 2013. *Reversed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 44983-8-II.   Division Two.   December 30, 2014.]

KIMBERLEY JOHNS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-11264-4, Susan Serko, J., entered May 24, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 45117-4-II.   Division Two.   December 30, 2014.]

DAVID HYYTINEN, *Appellant*, v. THE CITY OF BREMERTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-2-02110-8, Anna M. Laurie, J., entered June 28, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa, J.; Lee, J., concurring in the result only.

[No. 45128-0-II.   Division Two.   December 30, 2014.]

JEFFREY PROBST, *Plaintiff*, MICKEY FOWLER ET AL., *Appellants*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-00131-1, Chris Wickham, J., entered June 20, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.